**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. SA:23-CR-00264(1)-OLG** |
| | § | |
| **JUAN FRANCISCO D'LUNA-BILBAO** | § | |

**UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING**

**TO THE HONORABLE ORLANDO L. GARCIA, CHIEF UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:**

Now comes JUAN FRANCISCO D'LUNA-BILBAO, by and through undersigned counsel and files this Unopposed Motion for Continuance of Sentencing for one (1) year, and in support would respectfully show as follows:

1.    Defendant is respectfully requesting a continuance of his sentencing currently scheduled for August 10, 2023.

2.    Defendant's counsel will need additional time to discover evidence and resolve complex immigration and asylum issues before sentencing.

3.    Undersigned counsel has spoken with Assistant United States Attorneys Sarah Spears and Eric Fuchs and they are not opposed to this continuance.

4.    The Defendant acknowledges that any continuance granted in this cause is excludable under the Speedy Trial Act as delay resulting from a continuance granted at the request of defense counsel because the ends of justice served by the continuance outweigh the interest of the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Defendant does not waive his rights under the Sixth Amendment.

**WHEREFORE, PREMISES CONSIDERED**, Defendant respectfully prays that this Honorable Court grant this Unopposed Motion for Continuance of Sentencing for a period of one

1

(1) year and for any further relief to which he is entitled under the law and this Court's supervisory powers.

Respectfully Submitted,

By:  /s/ Cynthia E. Orr
      Cynthia E. Orr

CYNTHIA E. ORR*
Bar No.15313350
Goldstein & Orr
310 S. Saint Mary's St.
29th Floor Tower Life Bldg.
San Antonio, Texas  78205
210-226-1463   office
210-226-8367 facsimile
Email: whitecollarlaw@gmail.com

ALBERT FLORES
Bar No. 24010026
The Law Office of Albert Flores
3817 San Pedro Avenue
San Antonio, Texas   78212
210-225-4006 office
Email:   albert@attorneyflores.com

**\*Lead counsel *for Juan Francisco D'Luna-Bilbao***

## CERTIFICATE OF CONFERENCE

This is to certify that undersigned counsel spoke to Assistant United States Attorneys Sarah Spears and Eric Fuchs on May 12, 2023, and they are not opposed to this motion.

By:  /s/ Cynthia E. Orr
      CYNTHIA E. ORR

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Unopposed Motion for Continuance was served upon the Assistant United States Attorneys Eric Fuchs, Amanda C. Brown and Sarah Ella Spears *via* the CM/ECF electronic filing system on the 15th day of May, 2023.

By:  */s/ Cynthia E. Orr*
        Cynthia E. Orr

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. SA:23-CR-00264(1)-OLG** |
| | § | |
| **JUAN FRANCISCO D'LUNA-BILBAO** | § | |

## ORDER

On this date came on to be considered the above and foregoing Unopposed Motion for Continuance of Sentencing.   After consideration of the motion, it is hereby

(GRANTED)                    (DENIED)

SIGNED on this the ____ day of _____, 2023.


_____
UNITED STATES DISTRICT JUDGE